**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-0785-22

IMPACT SOLAR, LLC,

     Plaintiff-Respondent/
     Cross-Appellant,

v.

DANIEL LIBERTA and
SMART HOME INTEGRATED
TECHNOLOGIES, d/b/a
SUNNYCORP,

     Defendants-Appellants/
     Cross-Respondents.

_____

Submitted February 14, 2024 – Decided April 8, 2024

Before Judges Vernoia and Gummer.

On appeal from the Superior Court of New Jersey, Law Division, Camden County, Docket No. L-3117-19.

Hoffman DiMuzio and Nehmad Davis & Goldstein, attorneys for appellants/cross-respondents (Dante B. Parenti and Michael Carmine Donio, on the briefs).

Law Offices of Stuart A. Wilkins, LLC, attorney for respondent/cross-appellant (Stuart A. Wilkins, on the brief).

PER CURIAM

Having been advised by the parties that they have amicably resolved the issues presented on appeal and stipulate to the appeal's dismissal, we accordingly dismiss the appeal with prejudice and without costs.

Dismissed.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-0785-22